NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7020

KENDRIA Y. WEST,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in case no. 08-1868, Judge Bruce E. Kasold.

ON MOTION

ORDER

Upon consideration of the appellant's motion to reinstate her appeal,

IT IS ORDERED THAT:

(1)     The motion is granted.  The mandate is recalled, the April 7, 2010 dismissal order is vacated, and the appeal is reinstated.

(2)     The appellee should calculate his brief due date from the date of filing of this order.

FOR THE COURT

MAY 0 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     Kendria Y. West
James P. Connor, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 4 2010

JAN HORBALY
CLERK